UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA K. NACHAND, Regional Director of the Twenty-Fifth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br>Applicant <br><br>v. <br><br>ACCURATE PAVING & SEAL COATING, LLC <br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br><br><br>Case No.: 18-CV-50142 <br><br><br><br><br><br>Magistrate Judge Iain D. Johnston |

## REPORT AND RECOMMENDATION FOR
## ORDER ENFORCING SUBPOENA DUCES TECUM

It is this Court's Report and Recommendation that the National Labor Relations Board's Application for Order Requiring Compliance with Subpoena Duces Tecum be granted and the subpoena be enforced. Respondent is directed to comply with the subpoena (No. B-1-107WYR5) and to provide all responsive documents within 30 days of this order being accepted by the district judge. Any objection to this Report and Recommendation shall be filed by September 10, 2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Specifically, the Court orders Accurate Paving and Sealcoating, LLC to appear by its custodian of records before a duly designated agent of the Board in the matter of *Accurate Paving and Seal Coating,* Case 25-CA-210620 at 101 SW Adams St, Suite 400, Peoria, IL 61602, on a date and a time designated by the Regional Director of Subregion 33 or her

designated agent and at such other times and places as she may designate, and produce all subpoenaed documents called for in subpoena *duces tecum* B-1-107WYR5, specifically:

1. Documents that show all revenue derived by Employer during the period covered by this subpoena, and for each transaction by which Respondent derived revenue during that period, documents that show the following:
   a) the identity of the other person or entity involved in the transaction;
   b) the dollar amount of the transaction;
   c) the locations and addresses of each other person or entity involved in the transaction;
   d) the location at which goods or services involved in the transaction were provided or performed;
   e) the addresses and locations to and from which any goods where shipped or received; and
   f) the name and title of the person(s) who handled the transaction for Respondent.

2. Documents that show all expenses incurred by Employer during the period covered by this subpoena, and for each transaction by which Respondent incurred expense during that period, documents that show the following:
   a) the dollar amount of the transaction;
   b) the locations and addresses of each other entity involved in the transaction;
   c) the location at which goods or services involved in the transaction were provided or performed;
   d) the locations to and from which any goods where shipped or received; and
   e) the identity of the person who handled the transaction for Respondent.

3. The articles of incorporation or any other documentation showing the creation of the Employer.

4. Each annual report filed with the Secretary of the State of Illinois by the Company for the calendar years 2016 and 2017.

5. Accounts receivable, contracts, purchase orders, release orders, job tickets, bills of lading, invoices, and other documents which identify all labor and services which the Company performed during the period covered by this subpoena, for each customer, including but not limited to, customers which are corporations, partnerships, sole proprietorships, not-for-profit organizations, school corporations, and governmental entities, and including:

    (a) a description of each service and all labor performed for each customer;

    (b) the date(s) on which each service and labor was performed for each customer;

      (c)    the name and address of each customer for which each service and labor was performed;

      (d)    the city, county, and state where each service and labor was performed for each customer;

      (e)    the amount of money or other thing of value charged by Company for each service and labor performed for each customer; and

      (f)    the amount or money or other thing of value received by Company for each service and labor performed for each customer, including the date of Company's receipt of each payment.

6. Accounts receivable, contracts, purchase orders, release orders, job tickets, bills of lading, invoices, and other documents which identify all goods and materials which the Company provided during the period covered by this subpoena, to each customer, including but not limited to, customers which are corporations, partnerships, sole proprietorships, not-for-profit organizations, school corporations, and governmental entities, and including:

      (a)    a description of each of the goods and materials provided to each customer;

      (b)    the date(s) on which each of the goods and materials was provided to each customer;

      (c)    the name and address of each customer to whom each of the goods and materials was provided;

      (d)    the city, county, and state where each of the goods and materials was provided and delivered to each customer;

      (e)    the amount of money or other thing of value charged by Company for each of the goods and materials provided to each customer; and

      (f)    the amount or money or other thing of value received by Company for each of the goods and materials provided to each customer, and including the date of Company's receipt of each payment.

7. Accounts payable, contracts, purchase orders, release orders, job tickets, bills of lading, invoices, and other documents which identify all goods and materials which Company purchased during the period covered by this subpoena, and which were received at any location within the State of Illinois, including:

      (a)    a description of each of the goods and materials purchased and received;

    (b)    the quantity of the goods and materials purchased;

    (c)    the name and address of each vendor from whom each of the goods and materials were purchased;

    (d)    the city and state from which each of the goods and materials were shipped;

    (e)    the city, county, and state in which Company received each of the goods and materials; and

    (f)    the amount of money or other thing of value paid by Company for each of the goods and materials, and including the date of each payment.

8. Accounts payable, contracts, purchase orders, release orders, job tickets, bills of lading, invoices, and other documents which identify all services which Company purchased during the period covered by the subpoena, and which services were received at any location within the State of Illinois, including:

    (a)    a description of each service purchased and provided;

    (b)    the date(s) on which each service was provided;

    (c)    the name and address of each vendor from whom each of the services were purchased;

    (d)    the city, county, and state in which each of the services was provided; and

    (e)    the amount of money or other thing of value paid by Company for each of the services, and including the date of each payment.

9. All federal, state, and local government tax returns, including all accompanying schedules, which were filed on behalf of Company for calendar years 2016 and 2017.

It is so ORDERED.

Dated: August 27, 2018

By: _____
Iain D. Johnston
United States Magistrate Judge
Northern District of Illinois