# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| National Labor Relations Board, *et al.*, | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | |
| v. | ) | Case No: 18 CV 50142 |
| | ) | |
| Accurate Paving & Seal Coating, LLC, | ) | |
| | ) | |
| *Respondent.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [8] from the magistrate judge that this court grant petitioners' application for order requiring compliance with subpoena duces tecum [1] in favor of petitioners and against respondent. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants petitioners' application for order requiring compliance with subpoena duces tecum. Respondent shall appear by its custodian of records before a duly designated agent of the National Labor Relations Board in the matter of Accurate Paving and Seal Coating, case 25-CA-210620 at 101 SW Adams St., Suite 400, Peoria, IL 61602, on a date and a time designated by the Regional Director of Subregion 33 or her designated agent and at such other times and places as she may designate, and produce all subpoenaed documents called for in the subpoena duces tecum B-1-107WYR5 and specifically listed in the R&R.

Date: 9/11/2018

ENTER:

_____
FREDERICK J. KAPALA

District Judge